UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
SEAN MURPHY,                       )
                                   )
         Plaintiff,                )
                                   )
    v.                             )    C.A. No. 14-203 S
                                   )
CENTRAL FALLS DETENTION FACILITY   )
CORPORATION, et al.,               )
                                   )
         Defendants.               )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

On October 30, 2014, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 45). Judge Sullivan recommended that certain pending motions to dismiss and motions for summary judgment (ECF Nos. 14, 17, 24, 26) be granted; during a hearing before Judge Sullivan, Plaintiff assented to this disposition. No objections to the R&R were filed. Because this Court agrees with Judge Sullivan's analysis, it hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is ADOPTED.

IT IS SO ORDERED.

/s/ W E Smith
_____
William E. Smith
Chief Judge
Date: January 5, 2015